**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILBERT E. LESLIE,<br><br>    Petitioner,<br><br>    v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 2:25-cv-01856-RFB-MDC<br><br>**ORDER** |

    Petitioner Wilbert E. Leslie filed a (ECF No. 1-1) Petition for Writ of Habeas Corpus, (ECF No 1) Application for Leave to Proceed *In Forma Pauperis* ("IFP"), and (ECF No. 1-2) Motion for Appointment of Counsel. Following an initial review of the Petition under the Rules Governing Section 2254 Cases, the Court deferred ruling on the Motion for Counsel and instructed Leslie to show cause why his Petition should not be dismissed as second or successive. See ECF No. 2.

    Leslie responded to the Order to Show Cause, explaining that his Petition "is premised upon newly discovered evidence, [which] was not made available to [him] until well after the filing of his initial [federal habeas] petition, rendering [his instant] Petition not second or successive." ECF No. 3 at 3–4. Leslie explains that this "newly discovered evidence . . . was not made available to [him] until . . . mailed to [him] by his attorney . . . on March 5, 2021." Id. at 5. It appears that this newly discovered evidence is the Nevada Supreme Court's opinion dated December 18, 2002. Id. at 5, 22. This is not newly discovered evidence. This opinion was included as an exhibit in Leslie's first federal habeas proceedings. See ECF No. 41-12 at 14–33 in case number 3:08-cv-00453-LRH-VPC. Accordingly, Leslie fails to demonstrate that the Petition is not second or successive. See 28 U.S.C. § 2244. Because Leslie has not been given permission by the Court of Appeals for the Ninth Circuit to file his Petition, this Court lacks jurisdiction over this matter.

1    For the foregoing reasons, **IT IS HEREBY ODERED** that the IFP Application (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Petition (ECF No. 1-1) is **DISMISSED with prejudic**e based on the Petition being second or successive. A certificate of appealability is denied as reasonable jurists would not find the dismissal of the Petition for the reasons discussed herein to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Motion for Appointment Counsel (ECF No. 1-2) is **DENIED** without prejudice as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly instructed to (1) file the Petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) provide the Nevada Attorney General with copies of the Petition (ECF No. 1-1), this Order, and all other filings in this matter by regenerating the notices of electronic filing, (4) enter judgment, and (5) close this case.

**DATED:** December 30, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.